UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES DAVIS,<br>    *Plaintiff,*<br>vs.<br>SHERIFF DOUGLAS GILLESPIE, *et al.,*<br>    *Defendant*s. | Case No. 2:13-cv-01257-JAD-NJK<br><br>**O R D E R** |

Court mail has been returned from the last institutional address given by plaintiff, with a notation reflecting that he no longer is in custody. Plaintiff has not filed an updated notice of change of address. As plaintiff has failed to comply with LSR 2-2 of the local rules, which requires that he immediately file written notification of any change of address,

**IT THEREFORE IS ORDERED** that this action shall be **DISMISSED** without prejudice, each side to bear its own fees and costs. The Motion to Dismiss [#6] is DENIED as moot.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

Dated: May 14, 2014.

_____
JENNIFER A. DORSEY
United States District Judge